FILED

OCT 18 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>RAMIRO CISNEROS,  )<br>  )<br>Defendant.  ) | CRIMINAL NO. 17-30171-DRH<br><br>Title 18, United States Code,<br>Section 111(a)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### ASSAULT OF A FEDERAL OFFICER

On or about October 4, 2017, in Bond County, Illinois, in the Southern District of Illinois,

**RAMIRO CISNEROS,**

defendant herein, did forcibly assault, resist, oppose, impede, intimidate and interfere with Correctional Counselor J.F., a Federal Correctional Officer at the Federal Correctional Institution at Greenville, Illinois, commonly known as FCI-Greenville, making physical contact with Correctional Counselor J.F., while Correctional Counselor J.F. was engaged in his official duties,

1

to wit:   assisting in the ordering of an inmate to return to his housing unit; in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*[signature]*
DONALD S. BOYCE
United States Attorney

Recommended Bond:   Detention.

2